In the Matter of J.C. PENNEY CORPORATION, INC., Petitioner, v CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY et al., Respondents. [749 NYS2d 195] —Original proceeding pursuant to section 207 of the Eminent Domain Procedure Law challenging the findings and determination of respondent City of Syracuse Industrial Development Agency.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed.

Same opinion by Pigott, Jr., P.J., as in *Matter of Kaufmann's Carousel v City of Syracuse Indus. Dev. Agency* (301 AD2d 292). Present—Pigott, Jr., P.J., Hayes, Kehoe, Burns and Lawton, JJ.